# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                  CASE NO: 8:18-cr-433-T-36CPT

**QUADRIAN JAMAR HARRIS**

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.70), entered October 6, 2020, to which there has been no objection and the 14-day objection period has expired, the Report of Preliminary Supervised Release Revocation Hearing is now accepted.

**A Final Revocation Hearing was previously scheduled for October 30, 2020 at 1:30 PM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 26th day of October 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services